UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA O'DONNELL, et al., | : | Case No. 3:17-cv-2657 |
| Plaintiffs, | : | Judge James G. Carr |
| v. | : | |
| G. MICHELE YEZZO, et al., | : | **ENTRY OF DISMISSAL** |
| Defendants. | : | |

Pursuant to Fed R. Civ. Procedure 41 and the terms of the settlement agreement in the above case, and with the agreement of defendant, Plaintiffs report that the Probate Court of Huron County Ohio has approved the settlement and distribution and therefore this matter is hereby dismissed with prejudice.

        Respectfully submitted,

/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
Friedman, Gilbert + Gerhardstein LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel (513) 572-4200
Fax (216) 621-0427
al@fggfirm.com

Counsel for Plaintiff